**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-01390-PAB

ERICH CRAWFORD,

    Petitioner,

v.

RENEE GARCIA, Warden,

    Respondent.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order On Application For A Writ Of Habeas Corpus [Docket No. 24] of Judge Philip A. Brimmer entered on March 7, 2013 it is

ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [4] filed June 6, 2012, is denied and this action is dismissed for lack of subject matter jurisdiction.  Alternatively, the Application is DENIED on the merits.

DATED at Denver, Colorado, this 12th day of March, 2013.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By: s/Edward P. Butler
                      Edward P. Butler
                      Deputy Clerk